IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TYRA IZZARD, *Plaintiff* | : : : | CIVIL ACTION |
| v. | : : | |
| COUNTY OF MONTGOMERY, PENNSYLVANIA, *et al.*, *Defendants* | : : : | No. 21-418 |

## ORDER

AND NOW, this 29th day of November, 2021, upon consideration of Defendants Montgomery County, Julio Algarin, and Martha D'Orazio's Motion to Dismiss (Doc. No. 6) and Plaintiff Tyra Izzard's Response in Opposition (Doc. No. 8), it is **ORDERED**:

1. The defendants' Motion to Dismiss all claims against Ms. D'Orazio and Mr. Algarin in their *official* capacities in Counts I–IV is **GRANTED** for the reasons set forth in the Court's accompanying Memorandum.

2. The defendants' Motion to Dismiss the claims against Montgomery County in Counts I and II is **GRANTED** for the reasons set forth in the Court's accompanying Memorandum.

3. The defendants' Motion to Dismiss the claims against Ms. D'Orazio and Mr. Algarin in their *individual* capacities in Counts I and II is **DENIED** for the reasons set forth in the Court's accompanying Memorandum.

4. The defendants' Motion to Dismiss the claims against *both* Montgomery County and Ms. D'Orazio and Mr. Algarin in their *individual* capacities in Counts III and IV is **DENIED** for the reasons set forth in the Court's accompanying Memorandum.

BY THE COURT:

_____
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1